UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ASHLY HERRIQUEZ,

                Plaintiff(s)

            25 civ 5289 (JGK)

      -against-

WALMART STORES EAST, L.P., et al.,
                Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for September 24, 2025, at 12:30pm, is canceled.

**SO ORDERED.**

                                          **JOHN G. KOELTL**
                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 15, 2025