```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

ASHLY HENRIQUEZ,

           Plaintiff,

    - against -

WAL-MART STORES EAST, L.P., ET AL.,

           Defendants.

25-cv-5289 (JGK)

ORDER

―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    On July 26, 2025, this action was referred to the Court's Alternative Dispute Resolution program for mediation. See ECF No. 18. The parties participated in their first mediation conference on September 10, 2025. The parties are directed to provide the Court with an update on the status of this case by **November 25, 2025.**

SO ORDERED.

Dated:    New York, New York
            November 18, 2025

                                            _____
                                            John G. Koeltl
                                            United States District Judge